THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS WOLFE, Appellant, against HERMAN RUTHAZER, as Warden of Tombs Prison, Respondent.

Submitted May 14, 1951; decided May 24, 1951.

*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for motion.

*Philip Warren* for relator.

Motion granted and appeal dismissed.